IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| DEVIN BRANDIS PUGH,       )<br>                          )<br>     Plaintiff,           )<br>                          )<br>     v.                   )<br>                          )<br>DONALD J. TRUMP           )<br>(P.O.T.U.S), and KATE IVEY )<br>(Gov.),                   )<br>                          )<br>     Defendants.          ) | CIVIL ACTION NO.<br>2:26cv539-MHT<br>(WO) |

SUMMARY DISMISSAL ORDER

This case is before the court for review of a complaint filed by pro se plaintiff Devin Brandis Pugh, a frequent litigant in this court.  Due to his history of repeatedly filing shotgun and frivolous complaints, on February 5, 2026, a judge of this court entered the following order:

> "As a consequence of Devin Pugh's vexatious filing of shotgun and frivolous pleadings, in the event Devin Pugh files a shotgun or facially frivolous complaint in the future, after appropriate review, the Court will summarily dismiss the pleading and the action without prior notice, or will require Pugh to pay the full filing fee before proceeding."

*Pugh v. Alabama*, No. 2:25-CV-00946-RAH-KFP, 2026 WL 466722, at *1 (M.D. Ala. Feb. 18, 2026).

The court has conducted an appropriate review of plaintiff Pugh's complaint, in which Pugh, who is incarcerated in state prison, complains that he is being subjected to cruel and unusual punishment because he does not deserve to be in prison for the crime he committed, and asks the president and governor to pardon him. As a lawsuit is not the proper means of seeking a pardon, the court finds that his complaint is frivolous and should be summarily dismissed pursuant to the previously quoted order and 28 U.S.C. § 1915a(b)(1) (providing for dismissal of frivolous complaints filed by prisoners upon screening review).

Accordingly, it is ORDERED that:

(1) This case is summarily dismissed without prejudice as frivolous.

(2) The application to proceed in forma pauperis (Doc. 2) is denied as moot.

2

This case is closed.

DONE, this the 27th day of July, 2026.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE